EMMA DAVIS ET AL. v. ASBERRY McDEVITT ET AL.

(Filed 18 May, 1932.)

APPEAL by defendants from *Stack, J.,* at October Term, 1931, of MADISON.

Civil action for trespass, converted into an action in ejectment upon defendants' plea of ownership, sole seizin and possession.

There was a verdict and judgment for plaintiffs, from which the defendants appeal, assigning errors.

*Carl Stuart and Johnson, Smathers & Rollins for plaintiffs.*
*John A. Hendricks for defendants.*

PER CURIAM. We have discovered no reversible error on the record. It is admitted that plaintiffs and defendants claim title from a common source. His Honor was of opinion that of the two titles shown, the plaintiffs had the better, and so instructed the jury. *Mobley v. Griffin,* 104 N. C., 112, 10 S. E., 142. In this, we find

No error.